IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| TRUSTEES of the CHICAGO REGIONAL COUNCIL of CARPENTERS PENSION FUND, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>DE GRAF CONCRETE CONSTRUCTION, INC. and MICHAEL G. PIRRON,<br><br>Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) | Case No. 18-cv-3157<br>Judge Lefkow |

## Notice of Voluntary Dismissal

To: Michael G. Pirron
De Graf Concrete Construction, Inc.
103 Elaine Circle E.
Prospect Heights, IL 60070

PLEASE TAKE NOTICE that on August 14, 2018, pursuant to Fed. R. Civ. P. 41(a)(1)(i), the plaintiffs hereby voluntarily dismiss this action without prejudice.

Trustees of the Chicago Regional Council of
Carpenters Pension Fund et al.

By: s/ Daniel P. McAnally
    Attorney for Plaintiffs


### Certificate of Service

I, Daniel P. McAnally, plaintiffs' attorney hereby certify that I served the above and foregoing Notice of Dismissal via U.S. first class mail to the person to who said Notice is directed on August 14, 2018.

Daniel P. McAnally
McGann, Ketterman & Rioux
111 E. Wacker Drive, Suite 2600
Chicago, IL 60601
(312) 251-9700
dmcanally@mkrlaborlaw.com